LEXINGTON MILK BAR, INC., v. 38 EAST 23RD STREET CORP.—

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 578.]

IRMA G. GLAZER v. LESTER GLAZER.—

Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 573.]

WILLIAM REUTEMANN v. COSMOPOLITAN TOURIST CO., INC.—

Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 581.]

PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, as Trustee, Respondent, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant. PAK-IT-RITE PAPER BOX CO., Respondent, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant. (Consolidated Actions.) Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 584.]

In the Matter of IRWIN A. LEHR, also Known as I. ALLEN LEHR, Respondent. In the Matter of HARVEY I. LEHR, Respondent.— Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.